

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00028-CV

| | | |
|---|---|---|
| TERESA WARD COOPER, Appellant | § | On Appeal from the County Court at Law |
| V. | § | of Hood County (C08913) |
| | § | August 8, 2024 |
| BLUE WATER SHORES PROPERTY OWNERS' ASSOCIATION, Appellee | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Mike Wallach_____
      Justice Mike Wallach